IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Christy Shay, | : | |
| Plaintiff, | : | Judge Edmund A. Sargus, Jr. |
| v. | : | |
| Sun Life Financial (US) Services Company, Inc. Administrator of the American Showa, Inc. Long Term Disability Plan, | : | Case No. 2:11-cv-00804 |
| Defendant. | : | |

## ORDER OF SUBSTITUTION AND
## DISMISSAL OF SUN LIFE FINANCIAL (US) SERVICES COMPANY, INC.

Upon Joint Motion, Sun Life Assurance Company of Canada is hereby substituted in place of Defendant Sun Life Financial (US) Services Company, Inc. Plaintiff's claims against Sun Life Financial (US) Services Company, Inc are hereby **DISMISSED WITHOUT PREJUDICE**.

10-13-2011
Date

Judge Sargus